UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIJAH BROWN | CIVIL ACTION |
| VERSUS | NO. 24-726 |
| LIEUTENANT PAXTON, ET AL. | SECTION "O" |

# ORDER

Before the Court in this conditions-of-confinement case is the report and recommendation[1] of the United States Magistrate Judge. No objection was filed.

The Magistrate Judge recommends that the Court dismiss without prejudice the 42 U.S.C. § 1983 complaint of *pro se* Plaintiff Elijah Brown, a prisoner housed in the Plaquemines Parish Detention Center, for failure to prosecute under Federal Rule of Civil Procedure 41(b).[2] As the Magistrate Judge explains, Brown failed to respond to, or comply with, the Clerk of Court's March 25, 2024 deficiency notice notifying Brown that he needed to (1) use the approved Section 1983 form complaint, and (2) pay the fee for filing his complaint or ask the Court to proceed as a pauper.[3] Brown also failed to respond to, or comply with, the Magistrate Judge's April 29, 2024 order directing him to "show cause in writing on or before May 24, 2024, why this case should not be dismissed for his failure to prosecute by his failure to submit the form complaint and either pay the filing fee or submit a certified pauper application."[4] The

---

[1] ECF No. 8.
[2] *Id.* at 3.
[3] ECF No. 6.
[4] ECF No. 7 at 2 (capitalization and boldface omitted).

Magistrate Judge's show-cause order specifically warned Brown that "failure to comply with this order will result in a recommendation that this case be dismissed."[5]

Having considered Brown's complaint, the record, the law, the report and recommendation, and the failure of any party to file an objection to the report and recommendation, the Court approves the report and recommendation and adopts the report and recommendation as the Court's opinion.

Accordingly,

**IT IS ORDERED** that Brown's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b). A final judgment will follow in accordance with Federal Rule of Civil Procedure 58.

New Orleans, Louisiana, this 26th day of July, 2024.

                                        BRANDON S. LONG
                                        UNITED STATES DISTRICT JUDGE

---

[5] *Id.* (capitalization and boldface omitted).